UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CURTIS J. RUMSEY,

        Petitioner,

        v.        Case No. 23-C-1252

WARDEN CHRIS BUESGEN,

        Respondent.

**ORDER DENYING MOTION FOR LEAVE TO APPEAL WITHOUT PREPAYMENT OF THE FILING FEE**

On October 29, 2024, Petitioner filed a motion for leave to appeal without prepayment of the filing fee. Under Federal Rule of Appellate Procedure 24(a)(1), Petitioner is required to file a certified copy of his prison trust account statement for the six-month period preceding the filing of the notice of appeal. On October 30, 2024, the United States Court of Appeals for the Seventh Circuit ordered Petitioner to file a certified copy of his trust account statement within 30 days. Dkt. No. 37. That same day, the Clerk of this court also directed Petitioner to file his trust account statement. Dkt. No. 34. To this date, Petitioner has failed to file his trust account statement.

Accordingly, Petitioner's motion (Dkt. No. 32) is **DENIED**. Petitioner remains free to renew his motion in the court of appeals. He must do so within 30 days after service of this order and must comply with the terms of Federal Rule of Appellate Procedure 24(a). *See* Fed. R. App. P. 24(a)(5).

**SO ORDERED** at Green Bay, Wisconsin this 4th day of December, 2024.

        s/ William C. Griesbach
        William C. Griesbach
        United States District Judge